Opinion filed May 18, 2006 












 
 
  
 
 







 
 
  
 
 




Opinion filed May 18, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00079-CR 

 

                                                    __________

 

                                 PHILLIP
SHER WALKER, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 266th District Court

 

                                                           Erath County, Texas

 

                                                Trial
Court Cause No. CR 12046

 



 

                                 O
P I N I O N   G R A N T I N G   R E H E A R I N G

The appeal was dismissed for want of jurisdiction
because the record reflected that the motion for new trial was not timely filed
and that, therefore, the notice of appeal was not timely filed.  Appellant has timely filed in this court a
motion for rehearing.  Appellant has
attached to his motion proof that the motion for new trial was timely mailed
pursuant to Tex. R. App. P. 9.2(b). Therefore the  motion for new trial was timely, the notice
of appeal is timely, and an appeal has been properly perfected.








The motion is granted.  The reporter=s
record is now due to be filed in this court on or before June 30, 2006.

 

PER CURIAM

 

May 18, 2006

Do not publish.  See
Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.